UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELAINE MARTIN,<br><br>        Defendant. | Case No. 1:13-CR-065-BLW<br><br>**ORDER APPROVING STIPULATION REGARDING TIME TO FILE THIRD PARTY CLAIM** |

Finding good cause,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 338) is APPROVED.

DATED: March 25, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court