UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELAINE MARTIN,<br><br>　　　　Defendant. | Case No. 1:13-CR-65-BLW<br><br>**ORDER** |

　　　　The defendant seeks to be allowed to self-surrender or to have the Court recommend a furlough. The Court finds that 18 U.S.C. §3143(a) applies because the defendant is awaiting "execution" of her sentence. The Court has already made the findings under that statute that she is not likely to flee or pose a danger to the safety of any other person or the community. The defendant shall reside at all times with her brother Rocky Jackson in Meridian Idaho. Accordingly,

　　　　NOW THERFORE IT IS HEREBY ORDERED, that the defendant be released from custody in the Ada County Jail to reside with her brother Rocky Jackson in Meridian Idaho until such time as the Bureau of Prisons designates a facility for her surrender, at which time, upon notice, she shall immediately proceed to that facility and self-surrender to serve her sentence.

　　　　IT IS FURTHER ORDERED, that the defendant not get credit on her sentence for the time she spends on this release.



DATED: January 15, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court