PROB34
Rev. 09/10

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELAINE MARTIN | REPORT AND ORDER TERMINATING SUPERVISED RELEASE<br><br>DKT. NO. 0976  1:13CR00065-001 |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 5/17/2021, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*Carma Dunham*

U.S. Probation and Pretrial Services
Administrative Assistant

### ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: **May 20, 2021**

B. Lynn Winmill
United States District Judge